UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT
------------------------------------------------------------x

| | |
|---|---|
| AZIZA ESSAID and AICHA AHENACH | Civil Action No.: 3:12-cv-00627- MPS |
| Plaintiffs, | **PLAINTIFFS' MOTION FOR APPROVAL OF THE SETTLEMENT AGREEMENT, INCLUDING JUDICIAL DETERMINATION OF PLAINTIFFS' REASONABLE ATTORNEYS' FEES AND COSTS** |
| v. | |
| STAMFORD MARRIOT HOTEL & SPA, *d/b/a* HD HOTEL LLC and, JOE KELLY and LADD R. MARKS | |
| Defendants. | December 8, 2014 |

------------------------------------------------------------x

Plaintiffs, Aziza Essaid and Aicha Ahenach, by their attorneys, Seham, Seham, Meltz & Petersen, LLP, move for this Court to approve the Settlement Agreement and Release ("Settlement Agreement") executed by the parties in this case, including the parties agreement that the amount of reasonable attorneys' fees and/ or costs to be awarded to Plaintiffs, shall be determined by the Court upon submission of an application by Plaintiffs for their attorneys' fees and/ or costs claimed for plaintiffs' counsel's prosecution of this action under the Fair Labor Standards Act and under the Connecticut General Statutes. 29 U.S.C. § 216(b); Connecticut General Statutes §§ 31-58 et seq. Such application is submitted herewith by Plaintiffs to the District Court and accompanied by time records of Plaintiffs' counsel contemporaneous with the work reflected therein. Defendants shall have the opportunity to oppose any such submission. Defendants' opposition to Plaintiffs' application shall be submitted to the District Court within 30 days of Plaintiffs' submission, or such other date as is determined by the District Court.

In support of this motion, plaintiffs will rely upon the Declaration of George Diamantopoulos in Support of Plaintiffs' Application for Attorneys' Fees and Reimbursement of Costs to Seham, Seham, Meltz & Petersen, LLP and Ma'ayergi & Associates (and all attachments thereto) in support of plaintiffs' application for this Court to approve the Settlement Agreement, including a determination by this Court of the reasonable attorneys' fees and cost for plaintiffs' counsel, Seham, Seham, Meltz & Petersen, LLP and Ma'ayergi & Associates.  In addition, plaintiffs will rely on any such further pleadings and documents as may be filed and any oral arguments as the Court may require.

WHEREFORE, for good cause shown, Plaintiffs respectfully request the Court grant this Motion.

Dated:  December 8, 2014

Respectfully Submitted,

/s/ George Diamantopoulos
George Diamantopoulos (phv05570)
SEHAM, SEHAM, MELTZ & PETERSEN, LLP
445 Hamilton Avenue, Suite 1204
White Plains, NY 10601
Tel. (914) 997-1346
Fax (914) 997-7125
Email: gdiaman@ssmplaw.com

Hamza Ma'ayergi, Esq. (CT 17159)
        Ma'ayergi & Associates, LLC
60 Long Ridge Road
Suite 200
Stamford, CT 06902
Tel. (203) 569-1180
Fax (203) 569-1182
Email: hmaayergi@maesquire.com

*Attorneys for Plaintiffs*

To:   Jennifer L. Schancupp (ct 11876)
　　　Justin Theriault
　　　Jackson Lewis LLP
　　　1010 Washington Blvd., 7th Floor
　　　Stamford, CT  06901
　　　Tel. (203) 961-0404
　　　Fax (203) 324-4704
　　　Email: schancuj@jacksonlewis.com
　　　　　　　Justin.theriault@jacksonlewis.com
　　　*Attorneys for Defendants*


**CERTIFICATION OF SERVICE**

　　　I hereby certify that on December 8, 2014, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing as indicated below.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


　　　　　　　　　　　　　　　　　By:   /s/ George Diamantopoulos
　　　　　　　　　　　　　　　　　　　　　George Diamantopoulos (phv05570)
　　　　　　　　　　　　　　　　　　　　　SEHAM, SEHAM, MELTZ & PETERSEN, LLP
　　　　　　　　　　　　　　　　　　　　　445 Hamilton Avenue, Suite 1204
　　　　　　　　　　　　　　　　　　　　　White Plains, NY 10601
　　　　　　　　　　　　　　　　　　　　　Tel. (914) 997-1346
　　　　　　　　　　　　　　　　　　　　　Fax (914) 997-7125
　　　　　　　　　　　　　　　　　　　　　Email: gdiaman@ssmplaw.com