UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

AZIZA ESSAID
AICHA AHENACH
      Plaintiff

    vs.

                                CASE NO.: 3:12CV627(MPS)

STAMFORD MARRIOT HOTEL & SPA
JOE KELLY
LADD R. MARKS.
      Defendants

## JUDGMENT

This action having commenced by a complaint and Motion for Attorney Fees and Approval of the Settlement Agreement assigned to the Honorable William I. Garfinkel, United States Magistrate Judge and the Honorable Michael P. Shea, United States District Judge, and

The Honorable William I. Garfinkel having considered the full record of the case including applicable principles of law filed a Recommended Ruling on March 13, 2015 approving the award of attorneys' fees and costs to the plaintiffs in the amount of $94,645.03, and the Court having approved and accepted the Recommended Ruling on April 9, 2015, it is hereby

ORDERED and ADJUDGED that the judgment be and is hereby entered approving the attorney fees in the amount of $94,645.03 and in accordance with the Settlement Agreement.

Dated at Hartford, Connecticut, this 14th day of April, 2015.

                                              ROBIN D. TABORA, Clerk

                                              By_____/s/_____
                                                Devorah Johnson
                                                Deputy Clerk

EOD 4/14/15